UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDRE VAKHOULA,

   Petitioner,

  v.             CAUSE NO. 3:26cv276 DRL-SJF

BRIAN ENGLISH,

   Respondent.

ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on May 26, 2026. ECF 16. The court entered the order granting habeas relief on May 26, 2026. ECF 14.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 14) and to close this case.

SO ORDERED.

June 4, 2026        _s/ Damon R. Leichty_____
              Judge, United States District Court